## STATE v. WILLIAM COLLINS, free Negro.

Court of Quarter Sessions. November, 1829.

*Stout's Notes.*

*Rogers* [for State]. *P.P.* [for defendant].

| | |
|---|---|
| 1 waistcoat | [$]1.00 |
| 1 [——] [1] skirt | 1.20 |
| 1 pair linen [——] [2] | 1.00 |
| 1 pair cotton stockings | .50 |
| | $3.70 |
| | 2 |
| Twofold value | [$]7.40 |

[1] Illegible in manuscript.
[2] Illegible in manuscript.

Property of Stephen Bevans.

1.   Stephen Bevans, sworn, free Negro.   Proves the loss of the property, and value, and that the goods are in the possession of the constable.

Whittington Clifton, constable, sworn.   Defendant confessed he took the goods from the vessel *Beccalellen,* broke open cabin doors; goods are in my possession.

Submitted without argument or charge.   Verdict, guilty.

Judgment, restitution [$]7.40.   Twenty-one lashes.   Sold for seven years to highest and best bidder, and committed.